IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELLE SIPE and JILL GROSS | |
| Plaintiffs, | 16cv0124<br>**LEAD CASE**<br>**ELECTRONICALLY FILED** |
| v. | |
| AMERICAN CASINO & ENTERTAINMENT PROPERTIES, LLC, | |
| Defendant. | |

_____

| | |
|---|---|
| MICHELLE SIPE and JILL GROSS | 16cv0164<br>**MEMBER CASE**<br>**ELECTRONICALLY FILED** |
| Plaintiffs, | |
| v. | |
| DECKERS OUTDOOR CORPORATION, | |
| Defendant. | |

_____

LEATRICE FULLERTON, MICHELLE SIPE,

        Plaintiffs,

        v.

REGIS CORPORATION,

        Defendant.

_____

16cv0228
**MEMBER CASE**
**ELECTRONICALLY FILED**

SCOTT LACEY and MICHELLE SIPE,

        Plaintiffs,

        v.

COLLECTIVE BRANDS, INC.,

        Defendant.

_____

16cv0232
**MEMBER CASE**
**ELECTRONICALLY FILED**

SCOTT LACEY AND MICHELLE SIPE,

        Plaintiffs,

        v.

GENESCO, INC.,

        Defendant.

_____

16cv0246
**MEMBER CASE**
**ELECTRONICALLY FILED**

| | |
|---|---|
| DEBRA ROZEAR AND<br>MICHELLE SIPE,<br><br>        Plaintiffs,<br><br>        v.<br><br>SALLY BEAUTY HOLDINGS, INC,<br><br>        Defendant.<br>_____ | 16cv250<br>**MEMBER CASE**<br>**ELECTRONICALLY FILED** |
| JESSICA HODGES, MICHELLE SIPE<br><br>        Plaintiffs,<br><br>        v.<br><br>METLIFE, INC.,<br><br>        Defendant.<br>_____ | 16cv0267<br>**MEMBER CASE**<br>**ELECTRONICALLY FILED** |
| MICHELLE SIPE, R. DAVE NEW,<br>and ACCESS NOW, INC., *a not-for-profit corporation*,<br><br>        Plaintiffs,<br><br>        v.<br><br>HARBOR FRIEGHT TOOLS, USA, INC.,<br><br>        Defendant. | 16cv0314<br>**MEMBER CASE**<br>**ELECTRONICALLY FILED** |

## ORDER OF COURT

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1. Civil Action Nos. 16-164, 16-228, 16-232, 16-246, 16-250, 16-267, and 16-314 are hereby consolidated with Civil Action No. 16-124, the lead case as captioned above.

2. All pleading, motions, and other papers hereafter filed shall be filed at Civil Action No. 16-124.

3. The Clerk of Court shall close Civil Action Nos. 16-164, 16-228, 16-232, 16-246, 16-250, 16-267, and 16-314.

**SO ORDERED** this 1st day of April, 2016.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge